```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

ANDRES RAMON MELO,            )
    Plaintiff              )
                              )
       v.                 )  C.A. No. 14-13285-MLW
                              )
NORTH STATION REALTY TRUST TWO )
ET AL.,                       )
    Defendants.            )

MEMORANDUM AND ORDER

WOLF, D.J.                                      February 29, 2016

On August 8, 2014, plaintiff Andres Melo filed his complaint in this case. On May 6, 2015, defendant Linda Pizzuti, as Trustee of North Station Realty Trust Two, filed a motion to dismiss, asserting that Melo had failed to serve the complaint within the 120 days required by Federal Rule of Civil Procedure 4(m) and Rule 4.1 of the Local Rules of the United States District Court for the District of Massachusetts. On May 28, 2015, Melo filed a Motion for Enlargement of Time to Respond to Defendants' Motion to Dismiss. On May 29, 2015, Melo filed proofs of service indicating that: defendant North Station Realty Trust Two was served on April 22, 2015; Pizzuti was served on May 13, 2015; and defendant George Associates, Inc. was served on May 13, 2015. On June 23, 2015, George Associates, Inc. filed a motion to dismiss asserting the same grounds for dismissal as Pizzuti. On July 8, 2015, Melo filed a response to defendants' motions, stating that he had perfected service on defendants, but admitting that he had failed to do so

within the 120-day period.  Melo requests that the court exercise its authority under Rule 4(m) to "order that service be made within a specific time" to extend the time for service until the dates defendants were actually served.

It is preferable that cases be decided on their merits.  It is not claimed that defendants have been prejudiced by the delay in service.  Therefore, it is hereby ORDERED that:

1. Defendants' motions to dismiss (Docket Nos. 8 and 15) are DENIED.

2. Plaintiff's Motion for Enlargement of Time to Respond (Docket No. 11) is ALLOWED.  The deadline for perfecting service under Federal Rule of Civil Procedure 4(m) is extended to the dates defendants were served, as indicated on the proofs of service filed by plaintiff (Docket Nos. 12, 13, and 14).

3. Defendants shall, by March 22, 2016, respond to the complaint.  See F.R.Civ. P. 12(a)(4).

4. The parties shall, by March 31, 2016, confer and respond to the attached Order for a Scheduling Conference.

5. A Scheduling Conference shall be held on April 7, 2016, at 4:00 p.m.

_____
UNITED STATES DISTRICT JUDGE